UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| WILLIAM CRAFT, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | No. 3:02cv0042 AS |
| ) | |
| HERBERT NEWKIRK, ) | |
| ) | |
| Defendant ) | |

*MEMORANDUM AND ORDER*

On January 16, 2002, William Craft, the plaintiff in this case, filed a complaint purporting to state a claim under 42 U.S.C. § 1983, and invoking this Court's federal question subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1343(3). This Court takes judicial notice of the entire record in this case. United States Magistrate Judge, Christopher A. Nuechterlein, filed a Report and Recommendation on May 16, 2003, now approximately one month ago. The record does not show that there have been any objections filed.

The Report and Recommendation is correct and is in all things **APPROVED** and **CONFIRMED**. Consistent with it, the motion to dismiss filed by the remaining defendant, Herbert Newkirk, is now **GRANTED**. Each party will bear its own costs. The Clerk shall enter judgment in favor of the defendant and against this plaintiff. **IT IS SO ORDERED.**

DATED: June 13, 2003

s/ Allen Sharp
_____
ALLEN SHARP, JUDGE
UNITED STATES DISTRICT COURT

cc: The Hon. Christopher A. Nuechterlein